[No. 15248-3-I. Division One. May 18, 1987.]

ROBY STEVEN STARKS, *Respondent,* v. ROMULO
Y. SARAUSAD, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 83-2-02712-6, John F. Wilson, J.,
entered July 17, 1984. *Affirmed* by unpublished opinion per
Grosse, J., concurred in by Coleman and Webster, JJ.

[No. 15644-6-I. Division One. May 18, 1987.]

PAMELA KAY GARRETT, *Appellant,* v. THE MUNICIPALITY OF
METROPOLITAN SEATTLE, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 83-2-01282-2, Peter K. Steere, J., entered
October 23, 1984. *Reversed* by unpublished opinion per
Grosse, J., concurred in by Williams and Coleman, JJ.

[No. 17976-4-I. Division One. May 18, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v.
PHILLIP STONEBRIDGE, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 85-1-03712-6, James A. Noe, J., entered Feb-
ruary 18, 1986. *Affirmed* by unpublished opinion per
Pekelis, J., concurred in by Swanson and Webster, JJ.

[No. 16912-2-I. Division One. May 18, 1987.]

*In the Matter of the Personal Restraint of*
TIMOTHY VERNON ALGER, *Petitioner.*

Petition for relief from personal restraint. *Granted* by
unpublished per curiam opinion.